**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MARY ANN PROTZ, | : | No. 416 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (DERRY AREA SCHOOL | : | |
| DISTRICT), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of March, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

> Whether the Commonwealth Court - after properly determining that Section 306(a.2) of the Workers' Compensation Act was unconstitutional - erred in remanding the case to the Workers' Compensation Judge with instructions to apply the Fourth Edition of the American Medical Association's *Guides to the Evaluation of Permanent Impairment* when neither Section 306(a.2) nor any other section of the Act ever references the Fourth Edition and its usage was not sanctioned by the Pennsylvania Legislature.